(Slip Opinion) Cite as: 605 U. S. \_\_\_\_ (2025) 1

NOTICE: This opinion is subject to formal revision before publication in the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, pio@supremecourt.gov, of any typographical or other formal errors.

# SUPREME COURT OF THE UNITED STATES

———————

Nos. 24–394 and 24–396

———————

## OKLAHOMA STATEWIDE CHARTER SCHOOL BOARD, ET AL., PETITIONERS

24–394           *v.*

GENTNER DRUMMOND, ATTORNEY GENERAL OF OKLAHOMA, EX REL. OKLAHOMA

## ST. ISIDORE OF SEVILLE CATHOLIC VIRTUAL SCHOOL, PETITIONER

24–396           *v.*

GENTNER DRUMMOND, ATTORNEY GENERAL OF OKLAHOMA, EX REL. OKLAHOMA

ON WRITS OF CERTIORARI TO THE SUPREME COURT OF OKLAHOMA

[May 22, 2025]

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE BARRETT took no part in the consideration or decision of these cases.